# THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# Case No. 22-51024

|  |  |
|---|---|
| Dmt MacTruong, also known as Mac Dr. Truong, <br>     Plaintiff-Appellant, <br>         v. <br> Greg ABBOTT, Governor; Dan Patrick, Lieutenant Governor; Dade Phelan, Representative; Donald J. Trump; Clarence Thomas, Justice, Brett M. Kavanaugh, Justice; Neil M. Gorsuch, Justice; Amy Coney Barrett, Justice; Samuel Alito, Justice, <br>     Defendants-Appellees | U.S. Western District of Texas <br> Austin Division <br> Case No. 2:22-CV-476-LY |



## PLAINTIFF-APPELLANT *PRO SE's*
# APPELLANT'S BRIEF

*Presented by*

**Dmt MACTRUONG,**
Plaintiff-Appellant *pro se,*
*875 Bergen Avenue*
*Jersey City, NJ 07306*
*Phone:  (914) 215-2304*
Email: Dmtforest@aol.com

# QUESTIONS PRESENTED

1.      Does Appellant, a male U.S. citizen living in New Jersey, have standing to sue in the U.S. District Court for the Western District of Texas, Austin Division, a group of individuals, some of whom live in Texas, maliciously and discreetly acting in concert to achieve their Trumpist MAGA racist and misogynist agenda for America by making anti-abortion legislation in violation of **(i)** Appellant's original copyrighted intellectual property entitled the CCO Network, [A: 11-14] that was minutely and articulately expressed as a legal playwright scenario in two tangible media to help law enforcers to effectively detect and prosecute criminal conspiracies, and **(ii)** the 13th and 14th Amendments to the U.S. Constitution, the 1866 and 1964  Civil Rights Acts, SCOTUS's 1973 *Roe* ruling, among other constitutional and legal authorities of the USA that guarantee to U.S. women, like to all other U.S. citizens, their rights to life, liberty, property, privacy, and pursuit of happiness, which undisputedly include their right to have at their sole option access to professional safely-induced miscarriages, which medical services are legally available in a majority of the States of the U.S.A.?

2.      Do the constitutional rights of a U.S. citizen to life, liberty, property, privacy, and pursuit of happiness, include as a matter of undisputed logical reasoning the right to make decisions concerning one's own body and every physical part thereof, such as a fetus, from its conception to the time it may survive independently from one's body?

3.      Is it rational for this Court to declare null and void, and of no effect, the Texan anti-abortion legislation known as The **Texas Heartbeat Act**, Senate Bill 8 (SB 8), an act of the Texan Legislature banning abortion after the detection of embryonic or fetal cardiac activity, which normally occurs after about six weeks of pregnancy, since such State legislation undisputedly violates the 13th and 14th Amendments to the U.S. Constitution, the 1866 and 1964 Civil Rights Acts, and the 1973 *Roe v. Wade* ruling?

# OPINIONS BELOW

In a nutshell, the U.S. District Court for the Western District of Texas, Austin Division, [See, A: 1-10b] made up a set of immaterial findings of fact, and misplaced legal authorities, then conclusorily and arbitrarily dismissed under FRCvP 12(b)(6) Appellant's complaint. The Court finds that **(a)** an idea is not protected by federal copyright law 17 U.S.C. § 102(a), and **(b)** Appellant Dmt MacTruong, being a male citizen of New Jersey, has no standing to sue Texan Governor Greg Abbbott, and some key lawmakers of the U.S. State of Texas, former U.S. President Donald J. Trump, the five Associate Justices of SCOTUS, for having acted in concert, hence a serious federal felony, as a Trumpist MAGA racist and misogynist group, which has created The **Texas Heartbeat Act**, Senate Bill 8 (SB 8), in undisputed violation of **(i)** Appellant MacTruong's original copyrighted intellectual property pursuant to 17 U.S.C. § 102(a), entitled the CCO Network, [A: 11-14] helping law enforcers to effectively detect criminal conspiracies, and **(ii)** the 13th and 14th Amendments to the U.S. Constitution, and *Roe v. Wade* ruling, among other constitutional and legal authorities of the United States of America, guaranteeing to U.S. women, like to all other U.S. citizens, their right to life, liberty, property, privacy, and pursuit of happiness, that include the right to use professional medical service to obtain safely induced miscarriages.

In simple terms, the Court nonsensically and incorrectly opines that MacTruong's CCO Network is only an idea, and as such it is not protected by any Copyright Law.

The Court further opines that whether all or some child-bearing aged (CBA) women in Texas are murdered by the Defendants living in Texas, it is none of Appellant's concern to sue for such heinous felonies of the Defendants because Plaintiff fails to show any bodily injury that such acts of Defendants have or would have imminently caused to me.

## JURISDICTION

**(1)**        **Basis of the USCA5's Subject-Matter Jurisdiction:**

The Order(s), being appealed to the USCA5, are final Decision(s) and Judgment(s) of the USDC-WD of Texas, Austin Division, dated **October 18, 2022** [A: 1-10b] under 28 U.S.C. 1291.

# 1. Brief Statement of the Case.

1.      This action was initiated on May 9, 2022, in the U.S.D.C. for the Western District of Texas, Austin Division. Case No. 2:22-CV-476-LY-ST.

2.      **About more than three months following the date of service of Summons and Complaint, none of the nine Defendants appeared or answered and were in default.**

3.      On August 31, 2022, Magistrate Judge Susan Hightower issued an Order granting Plaintiff IFP status, and Report and Recommendation (O&R&R hereafter) suggesting to Judge Lee Yeakel to dismiss Complaint for being frivolous, i.e., lacking an arguable basis in facts or in law. **[4-10(b)]**

4.      On October 18, 2022, Judge Lee Yeakel signed the Court's DISMISSAL ORDER **[See, A: 1-2]** stating:

> *"(T)he court has undertaken a de novo review of the entire case file and finds that the magistrate judge's Report and Recommendation should be approved and accepted by the court for substantially the reasons stated therein. (…)*
> *IT IS THEREFORE ORDERED that Plaintiff Dmt MacTruong's objections to the magistrate judge's Report and Recommendation (Docs. ##10—11) are OVERRULED.*
> *IT IS FURTHER ORDERED that the United States Magistrate Judge's Report and Recommendation (Doc. #6) is hereby APPROVED and ACCEPTED by the court.*

*IT IS FINALLY ORDERED that Plaintiff Dmt MacTruong's lawsuit is DISMISSED WITHOUT PREJUDICE as frivolous under 28 U.S.C. 1915(e).* **[See, A: 1-2 District Court's 10/18/2022 Final Dismissal Order]**

5.   Plaintiff timely appealed to this Circuit Court from District Judge Lee Yeakel's foregoing **Dismissal Order WITHOUT PREJUDICE.**

1.   ## Statement of Facts and the Issues Presented for Review.

## SUMMARY OF ARGUMENT

1.   Appellant's two separate meritorious causes of action were both artificially and incorrectly separated then dismissed by the U.S. District Court for the Western District of Texas, Austin Division. [A: 1-10b]

### (a)

2.   The Court dismissed Appellant's first cause of action for alleged violation of my copyrighted intellectual property called The CCO Network [A: 11-14] against all the Defendants-Appellees herein based on the false finding that Appellant's original copyrighted intellectual property pursuant to 17 U.S.C. § 102, entitled the CCO Network, **[A: 11-14]** helping law enforcers to effectively detect criminal conspiracies is only an idea, which is not protected by the copyright law: *"[T]he copyright law is not a patent law: it protects the expression of ideas rather than the underlying ideas themselves."* [A: 9-10b].

3.   The Court erred because the CCO Network is not only an original idea. It's also a complete expression physically made on two tangible media of a coherent well-structured set of innovative ideas for specific actions, capable of changing the American and world justice systems for the better, far more valuable in practice than a mere playwright or scenario for a motion picture.

It is expressly protected by copyright laws. Indeed, Pulitzer Prize-winning columnist Art Buchwald would not have won his $5,000,000.00 lawsuit against Paramount Pictures had Judge Harvey Schneider declared that even though it was the basis for Eddie Murphy's box office bonanza: **"Coming to America,"** the well-known columnist's original script idea was only an idea, which was neither patented nor made into an artistic expression like a movie, hence unprotected by copyright law. Literally, the District Court holds the absurd opinion that while Edie Murphy's movie entitled "Coming to America" is protected by copyright laws, Art Buchwald's original idea called "Coming to America," based on which, Edie Murphy's movie entitled "Coming to America" is not. Undisputedly, Judge Harvey Schneider knew what the laws and justice in the matter were and correctly ordered Murphy to **<u>share</u>** his profits with Buchwald, while the District Court, being patently misogynist and criminal like Defendants, makes misrepresentation of fact to assist Appellees to steal Appellant's copyrighted intellectual property with impunity. Indeed, the truth is, one would not have made any money without the idea or contribution of the other. It is what Appellant herein calls Universal Partnership, the main principle of collective social actions based on ABSOLUTE RELATITY, the supreme principle of the changing universe, that no judge in America, especially five SCOTUS defendants herein, would deserve their wages or honors without having first known how to apply daily everywhere to resolve any issue, big or small from every point of view or system of reference.

4.    Viewing the foregoing, in the instant action, even though Appellant may not be awarded the full amount of my claim for damages in my complaint, Appellant certainly deserves some reward, be that non-monetary but only

honorific, and as such undisputedly have standing to sue Defendants in this case to challenge them for having failed to grant me at least some appropriate verbal or written recognition or credit for my great and useful invention, without which admittedly they could not have been able to legally enforce their anti-abortion legislation by illegally relying on federal or State official investigators or detectives.

(b)

5.    It is undisputed that, after having been duly served with Plaintiff-Appellant's summons and complaints, none of the 9 defendants in this action have served on Plaintiff herein or filed with the Court an answer objecting to the complaint. As such, all nine Defendants have failed to dispute, hence admitted that they had violated Plaintiff's intellectual property right under 17 U.S.C. § 102, to create their anti-abortion legislation in violation of CBA women's rights under the 13th and 14th Amendments to the U.S. Constitution, the 1866 and 1964 Civil Rights Acts, and 1973 *Roe v. Wade* ruling, among other constitutional and legal authorities of the United States of America, guaranteeing to U.S. women, like to all other U.S. citizens, their rights to life, liberty, property, privacy and pursuit of happiness, which constitutional rights undisputedly include the right to have access to safely induced miscarriages, and the right to live in a free and democratic civilized country where Trumpist MAGA racist white supremacist and misogynist people's secret or open agenda keeping women as second-classed citizens as prior to the 1861-1865 Civil War, or 1973 *Roe v. Wade*, must be outlawed.

6.    To pretend that Appellant herein does not have standing to sue Defendants in the U.S. District Court for the Western District of Texas, Austin Division, the Court literally finds **in substance** as follows:

7

*"Plaintiff is a male citizen of New Jersey and has lived there since 2008, has provided no plausible facts to indicate that Plaintiff would be "actually or imminently" personally affected <u>in any way</u> by Texan anti-abortion laws. As such, he lacks standing to challenge them." The complaint asserts that women's constitutional rights have been violated but does not allege that Plaintiff has suffered an injury." [A: 7]*

7. Literally the foregoing argument is faulty, from many points of view, in that the injury or damages being fully alleged in Plaintiff's Complaint as the result of Defendants' violation of Plaintiff's copyrighted intellectual property, which is assumed, and of the woman's rights to life, liberty, property, privacy and the pursuit of happiness, which undisputedly include the right to have urgent access to adequate medical services ensuring affordable convenient and safely induced miscarriages to protect their lives, health, safety, and to live in a free and democratic civilized country, where hidden Trumpist MAGA racist misogynist agenda, keeping women as an inferior group of second-classed citizens, or worse, like cattle and bitches, must be declared unconstitutional.

8.     It is further of note that, viewing that Appellant has standing to litigate the first cause of action based on 17 U.S.C. § 102(a), undisputedly, I may not be denied my standing to litigate my second inextricably intertwined cause of action against the same defendants for their egregious violation of the U.S. Constitution resulting in the mass murder of CBA women in the State if Texas.

9.     As such, even though at first sight the two issues of violation of Plaintiff's intellectual property right and of women's constitutional rights to make their own choice concerning their health and bodies may seem to be distinguishable, they are indeed inextricably intertwined in that both of them are two inseparably aspects of the same cause of action and same injury.

10.     In still simpler words, since Defendants use my original ideas to

institutionalize various CCO Networks that are specifically designed to eliminate criminal activities, to serve a large group of skillful hypocrite Trumpist MAGA racist misogynist radical corrupted conservatives, pretending on one hand to be pro-life [potential life of a fertilized egg at conception,] but actually pro-death [death of the vibrant mother of such egg, which is spoiled in her judgment, and in any event unwanted for her,] by literally murdering women under color of law [by making laws preventing women from getting safely induced miscarriages,] I have standing and actually responsibilities to sue Defendants to be dissociated from such shameful dangerous heinous organized crime network, being headed by Defendants Trump and five SCOTUS Associate Justices and three top officials of the State of Texas, which State is well-known racist and misogynist, in spite of other probably acceptable moral virtues.

11. The District Court's argument to dismiss Appellant's complaint in its entirety, based on my alleged lack of injury, is further indisputably faulty because it views "injury" as only physical damage to a plaintiff's body. The Court fails to consider emotional and/or mental suffering such as that of a party who lost a loved one's presence or company in this world or their services, which emotional injuries or mental sufferance are well acknowledged and compensated routinely in all States including Texas. As such, for the least, the issue becomes one of fact. It cannot be dismissed without a trial, and defense 12(b) motion, if any, must be deemed unwarranted.

12. In this case, Defendants did not file any 12(b) motion, the Court *sua sponte* made one for them based on the Court's undisputed prejudices and biases and lack of an advanced legal education, which lower the quality of the American

justice system down to the pre-Civil War level, instead of raising it to the next level of interplanetary civilization in freedom, peace, justice, harmony, and happiness, as hereinafter undisputedly demonstrated after more appropriate foundation would have been laid.

13. It is further of note that the manner in which the District Court has disconnected and even opposed a male U.S. citizen living in New Jersey to a female citizen of Texas undisputedly demonstrates the Court's sexist, misogynist, and anti-American attitude of not considering the United States of America as one single united nation, in which a citizen of one U.S. State is supposed to, and should, treat and love another citizen in another U.S. State be that citizen is their next-door neighbor or one thousands of miles faraway, or hopefully very soon on another planet. Such an outlook of the District Court shows its shortsightedness and anti-constitutional. Indeed, nothing in the U.S. Constitution would lend to such interpretation of the highest and most respected document of the land of the free and the brave, and for which so many of our brave and devoted compatriots have sacrificed their lives with pride and without any regret, since it is exactly the feeling and compassion a great nation like the USA should and can count on its citizens.

14. **It is finally settled law that once a U.S. District Court in one U.S. State has subject-matter jurisdiction over some issues, then all other U.S. District Courts have it as well. The distinction is then only one of <u>venue</u> over the issues being raised in the complaint, and it must be raised by the objecting party within a reasonable time frame, or it will be lost as in the action at bar, <u>where none of the Defendants herein, have filed a motion to change venue.</u>**

15. In conclusion, the District Court errs as a matter of law when it denies my

cause of action under 17 U.S.C. § 102(a) on the merits, by saying blatant nonsenses such as U.S. Copyright Laws do not actually protect original creative ideas but only the media out of which they are made. The Court also errs, on the other hand, as a matter of law, when it dismisses my cause of action against Defendants' conspiracy to mass murder millions of child-bearing-age (CBA) women for my alleged lack of standing to sue, due to my alleged failure to show that my heart had bled dangerously to the point I am going to die, even though I can truly show that my mind does, when I think of Defendants' super mass-murder plot to discreetly kill or cause to severely suffer or gravely and permanently humiliate millions of innocent American women by putting them at the level of domestic animals living in the servitude of Trumpist MAGA white supremacist heartless and mindless misogynist Defendants herein and their supporters.

# Statement of Issues.

a.    **First Issue:** *Plaintiff has no standing to sue the U.S. State of Texas because I am a resident of New Jersey.*

**Argument and Authorities:** The District Court's foregoing finding, and determination are incorrect as a matter of fact and law. Nowhere in the Complaint has Plaintiff made the State of Texas a defendant in this civil action. Also, nowhere in the entire U.S. Constitution is it written that an individual U.S. citizen plaintiff may not sue another individual U.S. citizen in another State in a U.S. federal court for alleged violation of federal laws.

Regarding this issue, it is further pertinent to read the following excerpt of research made by two acknowledgeable professors of Constitutional Law: ***While the States***

*continue to enjoy broad sovereign immunity from suit, the Supreme Court does allow suits against state officers in certain circumstances, thus mitigating the effect of sovereign immunity. In particular, the Court does not read the Amendment to bar suits against state officers that seek court orders to prevent future violations of federal law. Moreover, suits by other states, and suits by the United States to enforce federal laws, are also permitted. The Eleventh Amendment is thus an important part, but only a part, of a web of constitutional doctrines that shape the nature of judicial remedies against states and their officials for alleged violations of law.* [See, Published Article **by Bradford R. Clark,** William Cranch Research Professor of Law, George Washington University Law School, and by **Vicki C. Jackson,** Thurgood Marshall Professor of Constitutional Law at the Harvard Law School.]

## Second Issue:

*Plaintiff's claim that Defendants' anti-abortion legislation is in violation of the U.S. Constitution and 1973 Roe v. Wade is meritless and futile as a matter of law because of SCOTUS's 2022 ruling in Dobbs.*

**Argument and Authorities:   Now this is exactly the bottom line of the District Court's weaknesses or rather complete failure to argue as a matter of law to defend the unjustifiable unconstitutionality and/or patent illegality of the THA. It explains why the Court below resorts to procedural technicalities regarding "standing" to defeat Plaintiff's complaint which is patently correct, constitutional, and legal, while THA is incorrect, unconstitutional, illegal, and must be annulled and voided.**

It is further of note that the District Court only dismissed Appellant's Complaint **without prejudice** regarding the substantive issue(s) on the unconstitutionality and/or illegality of the Texas Heartbeat Act. [A: 2, Lines 5-6],

As such, this issue certainly needs an exhaustive clarification by Appellant herein to convince this USCA5 that overall the October 18 2022 Final Dismissal Order by the District Court being appealed [A: 1-3] is only a skillful but invalid way for Judge Yeakel to kick the can down the road, and, after all, Appellant herein must undisputedly show both

my standing and good substantive grounds before being able to ask this great Appellate Court to reverse the Dismissal Order being appealed and decide the issues on the merits in the favor and vital interests of millions of American CBA women and their loved ones in Texas and all America.

## 2.     Do you think the District Court applied the wrong law? If so, what law do you want to be applied?

**The District Court has failed to reject SCOTUS *Dobbs* ruling, which is the wrong law. Appellant needs the Court to apply *Roe v. Wade.***

*Dobbs* is the wrong law to apply to the instant proceeding because it is not a controlling federal law but only a decision by SCOTUS in *Dobbs*. There can be neither *res judicata* theory nor collateral estoppel doctrine to apply *Dobbs* ruling to the instant civil case entitled *MacTruong v. Greg Abbott et al.* Neither the parties nor the issues being raised are the same.

As reported by the New York Times, during his September 9 2022 interview with two Judges of the USCA10, SCOTUS Chief Justice John Roberts defended SCOTUS's main role of interpreting the U.S. Constitution over Congress and the Government. Justice Roberts is quite correct on this important point. However, the five SCOTUS Justices, are sued in this action, not because they did their honest job of interpreting in good faith the U.S. Constitution, but on the contrary, they have betrayed the American naïve trusting people by writing literally a legal piece of irrational findings of fact and inconsistent controlling legal authorities not to uphold but destroy the U.S. Constitution to meet their unconstitutional conservative misogynist agenda that has been planned and supported by legally uneducated hardcore shameless liar former President Donald J. Trump, another conservative misogynist Defendant herein.

As such, the main point of this civil action is to unmask the conspiracy of all the defendants herein and **lawfully** remove them from SCOTUS to save and restore the

integrity and capital role of one of the three most important institutions of our valuable historic American democracy, which must remain the greatest in human history and hopefully lead all humankind to the next level of interplanetary civilization in a brand-new era.

The precise foundation of the defendants' extremely difficult-to-prove beyond-a-reasonable-doubt cheating scheme in the history-changing matter of *Dobbs* is defendant **Alito's calculated absurd illogical false finding that even though the U.S. Constitution protects all U.S. citizens' rights to life, liberty, property, privacy, and the pursuit of happiness, it does not protect CBA women's natural inalienable right to have sex for pleasure or reproduction or, if need be, safely induced miscarriages.**

The task of proving that Defendant Alito's legally uneducated, unconstitutional, and illegal finding to cheat America must be rejected by this USCA5 is indeed very difficult to do beyond a reasonable doubt. Such a job, however, is not impossible. **It can be done if Plaintiff herein is granted an opportunity to express myself properly and base my demonstration on a much higher and correct method of reasoning than the Aristotelian non-contradictory logical system, the whole educated modern world has been taught so far in colleges and law schools.**

Since in this civil proceeding, Plaintiff's credibility will certainly be seriously questioned or strongly scrutinized by many concerned parties or scholars and experts of all kinds, whose opinions on the issues being raised herein will be radically opposite to mine, may it please the Court to allow Appellant herein to introduce myself first with some necessary detailed educational background as follows.

Plaintiff *pro se* Dmt MacTruong is over 79 years of age. I am a philosopher with my own original philosophy entitled Absolute Relativity, meaning absolutely everything, including truth, falsehood, existence, inexistence, life, death, the universe, absolute, relativity, God, heaven, hell, good, evil, Aristotelian principle of non-contradiction and motion of non-null masses, is relative, hence a contradiction in term, which is however not absolutely but only relatively untrue, i.e., relatively true. "Absolute Relativity" is the title and sole topic of the 414-page thesis written in

French for my 1972 Ph.D. diploma in Philosophy at the Faculty of Letters and Human Sciences, Paris-Sorbonne-Pantheon University, France.

Sorbonne Professor of Philosophy Pierre Aubenque, who sponsored my doctoral thesis admiringly said that Absolute Relativity is the ultimate goal of traditional Philosophy to discover absolute truth on the zodiac from Socrates, Plato, and Aristotle, to Descartes, Kant and Hegel. Finally, Appellant Dmt MacTruong herein discovered and built on it (Absolute Relativity) an indisputable system of reasoning, which no one who is educated and rational can argue against, to teach all humankind how to think, speak, and act appropriately to start a new era, the Absolute Relativity Era, based on a new way of reasoning, communicating, and acting together so that the educated part of humanity could progress in freedom and creativity without violence or cheating that may continue to be practiced by under-educated and irrational people like the defendants herein and their followers.

However, since the length of instant Brief is limited by Court's rules, may it please the Court to refer to **Appellant's Appendix Pages 25-28, 29-31, 32-40, 45-50, 51, 52, 53, 55, 56, and 57** for some more details regarding Appellant's personal and educational background.

## 3. Did the District Court incorrectly decide the facts? If so, what facts?

Texas's anti-abortion legislation is patently unconstitutional and an undisputed violation of *Roe v. Wade*. The District Court impliedly acknowledged it when it denied **WITHOUT PREJUDICE** Plaintiff's request for relief striking down Defendants' anti-abortion legislation and of course holding all defendants herein accountable for their respective criminal roles when they have acted in concert with one another to achieve their conservative misogynist agenda by reversing *Roe* and adopting on June 24, 2022, the new *Dobbs* ruling, in which Majority SCOTUS **maliciously** and **falsely** proclaims in substance that nowhere in the U.S. Constitution can one say that it supports an abortion right, as

clearly as the right to bear arms for example, and as such the abortion issue is not a federal one but should be returned to the States and their people to formulate their respective appropriate legislation.

**_Dobbs_ ruling is against common sense, illegal, unconstitutional and can be proven to be so beyond a reasonable doubt as follow.** A woman's right to make a final decision to remove a blood clot, which Defendants herein may call a sacred gift of God, or an unborn human being in her uterus, is not at all a moral issue or a matter of political opinion as Defendant Alito has maliciously and incorrectly stated. Depriving a CBA woman of such right to life, liberty, property, privacy, and pursuit of happiness, is as illegal and unconstitutional as murder, rape, misogyny, or slavery is. The true issue is not as Defendants herein have presented to cheat the American people or Texan citizens. It is **not** whether the American legislator should be pro-life or pro-choice. Ideally, the law should be of course pro-life, since undisputedly a modern community of human beings living under the rule of law is primarily composed of living not dead people with all that may mean or imply. **Obviously, we must be pro-life as much as we can, and not be pro-death if we live.**

However, U.S. law should **also** be pro-choice since there is no real or meaningful life without freedom of choice. **To live is to choose.** Only dead people do not make choices or need freedom. The American legislator must respect the U.S. Constitution that guarantees the most basic right of a person male or female to enjoy life, liberty, property, privacy, and pursuit of happiness, which fundamental inalienable rights naturally include our right to make our own decisions concerning the way we live and take care of our own bodies, which undisputedly include our need for sex and to reproduce the way we want it at the time, in the manner, and with whom we want, with or without protection in spite of any risk of becoming pregnant. As mature human beings, none of us would prefer to trust retarded, criminal, insufficiently educated misogynist people such as the Defendants herein to make so many and constant necessary routine personal intimate daily life decisions for us, the

same way as when, where, and how to breathe, eat, drink, sleep or have sex. On the contrary, unlike the weirdest, nonsensical, and criminal Defendants herein, the wise authors of the U.S. Constitution, makers of the 1866 and 1964 Civil Rights Acts and the 1973 *Roe v. Wade,* understood this inalienable natural right and need and included it as being among our rights to life, liberty, property, privacy, and pursuit of happiness. As such, under the U.S. Constitution, *WE THE PEOPLE* are free to make our own decisions of preserving or removing any tiny blood clot that eventually appears in the uterus of a CBA woman after she had unprotected sex with a fertile male. By the same token, the U.S. Constitution that protects the woman's right to life does not allow anybody to put her life recklessly in danger by depriving her under color of law from having a safely induced miscarriage by professionals when she decides it is what she needs to be alive, free, and happy. The U.S. Constitution that protects the woman's right to property does not allow anybody to use her vagina or uterus to serve her State for instance, instead of for her own sake and in her most intimate personal interest. The U.S. Constitution that protects the woman's right to privacy does not allow anybody, including of course the Defendants herein, to force her to open wide her vagina or uterus to show to them or the public whether she is pregnant or not or what she can or not do with blood clots that she may have in her uterus a few weeks after she had sex without protection with a fertile man. The U.S. Constitution that protects the woman's right to liberty does not allow anybody to take away her right to choose what to do to deal with blood clots that may appear inside her womb a few weeks after she had sex without protection with a fertile man. Obviously, her right to liberty would be unacceptably abridged if strangers like the criminal reactionary racist misogynist Defendants herein are allowed to gang up to create so-called pro-life legislation to prohibit a CBA woman from removing any of the hereinabove mentioned blood clots, even if that's what she would deem desirable or necessary.

**Plaintiff herein together with almost 80% of all the American people believe that the reasoning of the majority of SCOTUS Justices in *Roe v. Wade,* protecting the right of the woman to decide whether she wants in her own selfish or unselfish interest to**

17

keep or remove a fetus inside her womb before the latter is viable outside her body, is appropriate, correct, balanced, and should continue to be the law of this land of the free and the brave.

## 4.    Did the District Court fail to consider important grounds for relief? If so, what grounds?

### *ROE V. WADE* HAS <u>NOT</u> BEEN ANNULLED OR VOIDED BECAUSE OF THE JUNE 24 2022 *DOBBS* RULING

1.    Even though Plaintiff herein had sued Defendants herein prior to the June 24 2022 publication of *Dobbs*, I am quite aware thereof. Defendant Alito's *Dobbs* finding in substance that nothing is clearly said or even implied in the U.S. Constitution that women have their right to abort. As such, it is not a federally protected right and it would be up to each State of the Union to make its own legislation on this matter.

2.    Such a finding by Defendants Alito *et al.* is a willful and calculated lie to overturn *Roe v. Wade* to satisfy some misogynist reactionary conservative members of GOP. These Defendants may and should be prosecuted for being traitors to the U.S. Constitution by intentionally misreading it. And even though they may not be prosecuted and locked in jail because of their judicial immunity status as SCOTUS Justices, their finding to turn over *Roe* but support *Dobbs,* which is RATIONALLY contrary to the U.S. Constitution, is and must be declared null and void by any Court, including this USCA5 of course, which has a sound and correct understanding of the post-Civil War U.S. Constitution, especially the 13th and 14th Amendments.

3.    **In any event, the recent June 24 2022 SCOTUS *Dobbs* decision has not changed anything to the merits of Appellant's instant civil action against the unconstitutionality and illegality of Defendants' anti-abortion legislation.**

4.    Indeed, *Dobbs* is outright incorrect and ludicrous. It would be the same for the Court to refuse to strike down a State law that outlaws same-sex marriage or punishes a black

woman for sitting in front of a bus next to a white man or issue a ticket to a black man who goes to a public toilet that is reserved for white people only. Undisputedly, *Dobbs* ruling would **not** allow a racist State, for the purpose of creating certain areas where white people only can reside, to make a law prohibiting for instance black people from urinating even in their homes in those areas. Indeed, when being attacked for their unconstitutionality, such racially discriminatory laws **cannot** be defended by *Dobbs* ruling on the exact same ludicrous Alito finding: Nowhere in the U.S. Constitution is it said that black men have the right to pee wherever they live and as such it would be up to each State to regulate the issue.

5.   The right to urinate or to have sex is the same as the right to breathe or eat or drink. When the U.S. Constitution provides all citizens, black and white, male and female, with their right to life, liberty, property, privacy, and pursuit of happiness, it implies their right to have sex and control their sex life, with all the consequences such as pregnancies or childbirths to be terminated or continued, the same way as when a Court issues an order granting an ex-husband the right to remove all his furniture from the former marital residence, it means all furniture including his tables and chairs for instance. A local sheriff may not stop him from taking his tables and chairs falsely pretending that the order indeed mentions "furniture" but does not specifically mention tables and chairs by name. It's a bad-faith invalid interpretation of the order.

6.   **That basic natural right of men, and women of course, to have sex for pleasure or procreate does not even need to be written in black and white to be protected by any written constitution or statute that makes sense.** It is life itself and born with a human being, white or black, male or female, immediately at birth. So, regulating a woman's sexual activities is controlling her life in the most intimate vital private personal details possible. She can be literally choked to death in the same way as Floyd had been deprived of his right to breathe by Chauvin. Even shameless and heartless white radical supremacist racist misogynist Defendants Alito, Barrett, Gorsuch, Kavanaugh, and Thomas may not

argue with reason to defend Chauvin against murder charge that nowhere is it written in the U.S. Constitution that a black man has the same right to breathe as a white one.

7.   **As such, with or without the U.S. Constitution, women have the right to breathe, urinate, and have sex, and no State would have the power to murder them by unconstitutionally regulating these <u>fundamental natural inalienable rights</u> beyond what would be absolutely rational to protect other citizens' basic rights to enjoy same.**

8.   As such, States may not unreasonably interfere with, limit, chip away, or abridge any of those most inherent natural **<u>inalienable</u>** rights, be their protection literally written or not in black and white in the U.S. Constitution, which, of course just unambiguously does, when it conspicuously mentions the right of all citizens to life, liberty, property, privacy, and pursuit of happiness. **<u>It is rather true, in this particular situation, that the contrary finding that what is not prohibited is allowed and protected.</u>** **It is rather the basic way to write a constitution or statute in a free country. As such, since it is not prohibited by the U.S. Constitution, which conspicuously protects our inalienable rights to life, liberty, property, privacy, and pursuit of happiness, the right to have a safely induced miscarriage is provided, and which right may not be irrationally abridged by any State of the Union.**

9.   **Viewing the foregoing, American legislators should and must be both pro-life <u>and</u> pro-choice.** These two rights are not exclusive but complementary to each other. **<u>We cannot be pro-life without being pro-choice</u>. <u>We cannot be pro-choice without being pro-life.</u>** None would be valid to the detriment of the other. They both must be balanced and taken into careful consideration at the same time for a peaceful and civilized human community to function, develop and succeed. As such only if the U.S. is a savage barbarian uncivilized country under the criminal traitor and hardcore liar Defendant misogynist Trump, WE THE PEOPLE may not interfere with and abridge women's inalienable right to have at their free option safely induced miscarriage prior to the viability of their fetuses.

10. Any moral value that a liberal democracy wants CBA women to adopt and follow against their free will can only be done by intelligent and rational education but not by imprisonment heavy fine or murder under color of law.

**11.** As such, as Defendant SCOTUS Justice Alito said, correctly this time, out loud and clear, *Dobbs* was only an opinion, which was worth whatever it may be worth. And from many points of view, *Dobbs* is indeed worth nothing, being a very bad-faith, radical, and unbalanced misogynist opinion trying to resolve a very complex double intertwined issue from only one simplistic view of what life is or when it starts.

**12. It is, consequently, important to note that, in defendant Alito's own words, *Dobbs* is not at all an indication that States may now ban abortion in any way they may deem fit.**

**13. As such, *Dobbs* is not a controlling legal authority, <u>at least in the case at bar, because</u> the *Dobbs* SCOTUS did not address the specific issues being raised in this case of whether THA should be annulled and voided for violating women's constitutional rights to life, liberty, property, privacy, and pursuit of happiness, the 13th and 14th Amendments, the 1866 and 1964 Civil Rights Acts, SCOTUS 1973 *Roe v. Wade* ruling, and/or MacTruong's copyrighted intellectual property entitled the CCO Network.**

14.   In substance, since any American legislator, both State and federal, must respect our Constitution that guarantees the most basic inalienable right of a citizen to life, liberty, property, privacy, and pursuit of happiness, which undisputedly include above all their right to make their own decisions concerning the survival and maintenance of their own bodies and how to satisfy their natural need for sex, whether to procreate or for pure mental or physical satisfaction, whether to have it with or without protection. Such right to have free choice to have sex includes one to preserve or remove any blood clot, which eventually appears in the uterus of a CBA woman a few weeks after she had unprotected sex with a fertile male. Any law banning abortion prior to the fetus's viability outside the woman's womb, as determined by *Roe* is undisputedly unconstitutional. It undisputedly interferes

with and unacceptably violates both women's and men's fundamental natural right to have sex for pleasure to enjoy themselves and pursue their happiness, rights being protected literally by the U.S. Constitution in its totality, and specifically by its First, Third, Fourth, Fifth, Sixth, Ninth, Tenth and especially the 13th and 14th Amendments, and SCOTUS's 1973 *Roe v. Wade* ruling.

15. **The 2022 *Dobbs* ruling by SCOTUS has nothing to do with the 1973 *Roe v. Wade* ruling in the case at bar.** <u>**As a matter of law, the former cannot and has not overturned the latter in spite of Appellees' contrary dicta in this matter.**</u>

16. **Rationally, since, like any right, the right to abortion cannot be absolute, it must be limited to sometime after the pregnancy has commenced. *Roe* has wisely limited the cut-off date of such right to abort at the fetus's viability outside the womb, meaning the fetus can be an unborn child capable of living <u>without</u> depending any further on its pregnant mother, who has no more an arbitrary right to end its life, since she has the option of letting it live either inside or outside her body. As such, <u>by the same token, the right to ban abortion by any State legislature should also be limited at the cut-off date of the fetus's viability and not prior.</u>**

17. Indeed, as long as the physical survival of the fetus depends on that of its mother, she is the natural and constitutional ultimate decision-maker in this matter, far more reliable and better than any nosy neighbors, such as the fantastic, nosy, brainless, and heartless Defendants herein, who, unless they egregiously violate the right to privacy of the woman, do not, in any event, have any relevant information in the circumstances to make informed appropriate decisions.

18. **The true issue, in the case at bar, is who has the right to decide what to do with blood clot(s) inside the womb of a woman,** she or her brainless and heartless neighbors, Defendants herein, who are strangers to her in the instant proceeding, but clever politicians enough to act in concert under color of State misogynist statutes to violate women's constitutional rights to life, liberty, property, privacy, and pursuit of happiness? The answer should be undisputedly the same as to the question, who should have the power to

decide for a pregnant woman who does not want to abort even after having been gang-raped by a group of criminal rapists carrying HIV or lethal venereal diseases? The answer, by common sense, the U.S. Constitution, and almost 80% of the educated intelligent American people, is the woman in person. Since nobody can force her to abort, then nobody can stop her from deciding to remove any blood clot that appears to be undesirable in her personal judgment, whether it is in her uterus or anywhere else in her body. Those neighbors like the legally uneducated, hypocritical, and mentally immature misogynist defendants herein should learn to appreciate that since nobody would force them, their mothers, wives, or daughters' unwanted blood clots in their wombs, they should not try to violate the U.S. Constitution and destroy under the color of State law other people's lives or peace of mind by making unconstitutional laws preventing their free citizen neighbors from enjoying sex and living their lives in peace and happiness.

## A CAREFUL READING OF THE CONSTITUTION WITHIN ITS APPROPRIATE HISTORICAL CONTEXT SHOWS WHY AS A MATTER OF LAW AND DUE PROCESS *DOBBS* RULING HAS NO LEGAL AUTHORITY TO OVERTURN *ROE V. WADE.*

19. **Undisputedly Defendants SCOTUS members Alito, Thomas, Gorsuch, Kavanaugh, Barrett, and Roberts are traitors and cheaters and, probably unknowingly to them, mass sex abusers and murderers. They are proven traitors to the U.S. Constitution that embodies these lofty and proud ideals of Democracy, Equality, Freedom, Privacy, and the Pursuit of Happiness for all, <u>not</u> for a few shameless or clever slave owners, misogynists, hypocrites, criminals, frauds, liars, and cheaters like them.**

20. Indeed, the foregoing fundamental inalienable constitutional rights of white male U.S. citizens to own and control our own lives and bodies to freely do our own things in private, and pursue our own happiness, as long as we would not bother anyone else, had been won on behalf of black and female citizens as well, not only by love and a sense of justice and

fairness but also by true physical violent death and awful bloodbaths of more than 600,000 courageous American Civil-War soldiers of all colors on both sides, including the bravest and most honorable President Abraham Lincoln himself. This fundamental right has literally been written in black and white in the U.S. Constitution by the end of the Civil War, when in creating the Civil Rights Act of 1866, Congress had used the authority given it to enforce the newly ratified 13th Amendment, abolishing slavery and protecting the rights of Black Americans. Southern Vice President Andrew Johnson, who became President after the assassination of President Abraham Lincoln by a Southerner, like many of the bad-faith and cheating Defendants herein, vetoed the bill. Luckily for those who love freedom, justice, and equality for all, then Congress successfully overrode Johnson's veto and made it into law in April 1866 and called it the Civil Rights Act of 1866, which is the valid law enforceable even right now to evidence that *Dobbs* is squarely illegal, and SCOTUS Defendants in this matter, who adopted it, are literally criminals and traitors and should be indicted and prosecuted for treason by the U.S. DOJ. Undisputedly, they have conspired with one another under the clever MAGA slogan by Defendant Trump to try to turn America back to pre-Civil War misogynist moral, social, cultural, and legal values.

**21. The opening sentence of Section One of the 14th Amendment defined U.S. citizenship as follows:** ***"All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside."*** This clearly repudiated the Supreme Court's pre-Civil War notorious 1857 *Dred Scott* decision, in which reactionary **Chief Justice Roger Taney incorrectly wrote that a Black man, even if born free, could not claim rights of citizenship under the federal constitution.**

22. Section One's second clause of the 14th Amendment was: ***"No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States."*** This greatly expanded the civil and legal rights of all American citizens by protecting them from infringement by the States as well as by the federal government.

23. The third clause, *"nor shall any State deprive any person of life, liberty or property, without due process of law,"* expanded the due process clause of the Fifth Amendment to apply to the States as well as the federal government. Over time, the U.S. Supreme Court, which is now manned by a majority of shameless impostors, misogynists, and liars that are the named Defendants Associates Justices herein, has interpreted this clause to guarantee a wide array of rights against infringement by the States, including those enumerated in the Bill of Rights (freedom of speech, free exercise of religion, right to bear arms, etc.) as well as the right to privacy and other fundamental rights not specifically mentioned elsewhere in the Constitution.

**24. Finally, the "due process" or "equal protection clause"** *("nor deny to any person within its jurisdiction the equal protection of the laws")* **was clearly intended to stop State governments from discriminating against Black Americans and of course WOMEN, and over the years would play a key role in many landmark civil rights cases.**

25. After, beloved President Lincoln was assassinated in April 1865, his successor, President Andrew Johnson, a **Democrat and former slaveowner from Tennessee, supported emancipation, but differed greatly from the then Republican-controlled Congress** in his view on how Reconstruction should proceed. With Johnson's complicity, the newly elected southern State legislatures (largely dominated by former Confederate leaders) enacted **Black Codes**, which were repressive and strictly regulated the behavior of Black citizens and effectively kept them dependent on white planters. The **Black Codes** criminalize activities that would make it easy to imprison African Americans, and **effectively force them into servitude once more.**

26. In *Plessy v. Ferguson* **(1896),** the U.S. Supreme Court ruled that racially segregated public facilities did not violate the equal protection clause of the 14th Amendment, a decision that would help establish **infamous Jim Crow segregationist laws** throughout the South for decades to come.

27. But beginning in the 1920s, the Supreme Court increasingly applied the protections of the 14th Amendment on the State and local level. In its famous 1954 ruling in *Brown v. Board of Education*, the Supreme Court overturned the "separate but equal" doctrine established in *Plessy v. Ferguson*, ruling that segregated public schools did in fact violate the equal protection clause of the 14th Amendment.

**28. Undisputedly, following this trend of protecting equal rights to both black and women, in 1973 the Supreme Court resolved the issue of abortion by issuing its fair and just ruling in *Roe v. Wade*.**

29. Also undisputedly, defendants herein being attached to their conservative misogynist tradition are now trying to return America to pre-Civil War conditions and values, i.e., they are trying to lead our great country backward from the progress WE THE PEOPLE have accomplished since the mid of the 19th Century with streams of blood and hills of bones of more than 600,000 dead bodies on the battlefields.

### *DOBBS* COURT HAS INTENTIONALLY READ OUT OF HISTORICAL CONTEXT THE WRITTEN WORDS OF THE 13th and 14th AMENDMENTS TO MALICIOUSLY AND CRIMINALLY ABOLISH WOMEN'S SACRED RIGHT TO OWN AND CONTROL THEIR REPRODUCTIVE ORGANS AS LATER ASSERTED BY *ROE V. WADE*.

30. The treasons by Defendants Kavanaugh, Gorsuch and Barrett have been known on the public records to all informed Americans, as noted and emphasized on TV by GOP Senator Susan Collins, to whom they had promised in public and private hearings not to overturn *Roe v. Wade*. Those by Defendants Alito, Thomas and Chief Justice Roberts are no less formal since they have been publicly and solemnly sworn in to uphold, not to intentionally misinterpret, the Constitution. Except that only on October 24, 2022, the NY Times sent Appellant herein in my personal email address its even-date article showing **in 2005 Defendant Alito assured late Senator Ted Kennedy that he would not betray *Roe*, in the event he would be nominated to SCOTUS. [See, A: 42] Undisputedly, all five**

**SCOTUS-member Defendants herein have publicly committed perjury.** The issue is only how the American people can legally hold these traitors and liars accountable to preserve and defend the highest value and survival of the Republic and Democracy.

31.  All America knows it. This USCA5 has judicial notice thereof. However, it is also undisputed that nobody, except Appellant herein, feels the concern and injury, has the intelligence and courage to take some legal actions to save millions of CBA women from the extreme life-threatening hardship that they have, are and will continue to endure because of anti-abortion State legislation such as the THA. This extreme hardship may be extremely difficult to overcome, because when Appellant herein did follow my own individual conscience and speak up, I have been literally chastised and seriously menaced and threatened by the respective powerful USDC's of Texas, Florida, Oklahoma, Ohio, and Indiana allegedly for being frivolous, baseless, meritless, implausible, fanciful, malicious, delusional, fantastic, mentally unbalanced, sanctionable, lacking arguable basis in fact or in law, and nationally known for being a frivolous litigant, something that is actually and legally untrue. [See, A: 21]

**32.** For one sure thing, the foregoing reaction by Defendants and the concerned District Courts taking their side is unjustified and inappropriate. [See, A: 21] It is patently based on their biases and prejudices deriving from their cultural and religious conservative misogynist background, which is undisputedly both unconstitutional and illegal.

33. **Indeed, the Fourteenth Amendment must have been read together with the Thirteenth** for readers to understand that the right to own and control our lives and bodies, with all its parts and functionalities, of course, is the most valued of all privileges or immunities of citizens of the United States that no States could or should be allowed to make law under false pretense to abridge or trivialize. It is from this most basic right that all the others would have derived and been protected by the Constitution. Patently, due to their prejudices and biases, Defendants herein and several federal courts have turned upside down the correct understanding of these constitutional rights to abridge or suppress them outright or discreetly.

34. Legally incompetent or cheating Alito and five other SCOTUS justices wrote and/or supported a 100-page drafted decision in *Dobbs* full of nonsenses and irrationalities to overtly or implicitly conclude that the right of a free woman to own and control her entire body does not include the one for her to decide what to do with a blood clot that may appear in her uterus a few weeks after she had unprotected sex with a fertile man. Such conclusion is undisputedly an intentional lie made by SCOTUS Defendants to try to reach their conservative racist and misogynist goals of restoring women's pre-Civil War rights and status in accordance with Defendants' backward reactionary MAGA white Christian political religious misogynistic view and belief.

35. Some Defendants' affirmative defense that they do not infringe women's constitutional right to abort, because they do **not** prohibit them from deciding to terminate their pregnancy. They "only" criminalize providers of abortion services. Actually, this ludicrous argument undisputedly proves that they are a group of coward criminals and liars acting in concert and bad faith to use twisted legalese to oppress helpless women at a time they are the most vulnerable. Obviously, how can a 10-year-old girl that had been repeatedly raped and became pregnant do anything against powerful but shameless, heartless insufficiently educated SCOTUS misogynist members like Alito, *et al.,* to defend her constitutional right to have in all quiet privacy an affordable painless safely induced miscarriage, which might save her from being drastically traumatized for life or murdered under color of law?

**36. Undisputedly, Defendants' State anti-abortion statutes are similar to the 1865 Black Codes, which were unmasked and outlawed by the 1866 Civil Rights Act.**

37. Appellant believes that **2023 American women do not need any brainless and heartless hypocritical scientifically illiterate demagogue politicians like the Defendants herein, both in and out of SCOTUS, to make decisions regarding when and/or which ones of the foreign objects inside their wombs have been recognized "personhood status,"** by which State in the Union, and as such the concerned woman and/or her service providers would be committing homicide or murder or child endangerment felony, if they would have attempted to remove them from her body.

38. A federal judge on July 11, 2022, blocked a 2021 Arizona law recognizing the personhood of a fetus from the moment of fertilization, siding with abortion providers who said the measure was too vague and exposed them to harsh unfair wrongful prosecution.

39. In this proceeding, Appellant herein does not argue that State anti-abortion legislation must be stricken down because they are vague on this starting point of exactly when the personhood of a fetus should be recognized by law. We contend literally that they are unconstitutional and federally illegal so long as they deprive a CBA woman's constitutional rights to life, liberty, property, privacy, and the pursuit of happiness, which rights imply necessarily her right to freely decide what to do with any part of her body that cannot survive outside her and is disturbing to her.

40. In simple words, it can be said that the U.S. Constitution and/or *Roe v. Wade* correctly consider a pre-viability fetus a woman's nail, or hair or benign lump in her breast or a tumor in her brain. As such, a State has no more right to tell a woman not to remove a blood clot in her uterus than not to cut her hair or nails or reduce her oversized breast or remove from her brain some benign or cancerous tumor. **[See, A: 22-24]**

41. **Viewing the foregoing, Defendants SCOTUS members Alito, Thomas, Gorsuch, Kavanaugh, and Barrett deserve the death penalty or at least to be disbenched from the U.S. Supreme Court for having heartlessly and brainlessly calculated to make the criminal and unconstitutional *Dobbs* ruling that allows such State <u>death-trapping laws</u> to mentally and physically torture sometimes to death millions of our beloved innocent CBA women with their unconstitutional State irrational and radical misogynist anti-abortion legislation.**

42. Viewing the foregoing true dramas resulting from any anti-abortion legislation such as the THA having been created by the Defendants herein, which violates both the U.S. Constitution and *Roe v. Wade*, it is undisputed that the District Court's Dismissal Order being appealed must be reversed by this USCA5 for being inhuman, irrational, and murderous, besides delusional, fantastic, unconstitutional, and illegal.

**43. Finally, by casually treating the issue of abortion that involves literally the life or death of hundreds of thousands or even millions of both CBA women and unborn babies as if it were only the trivial issue of the amount of a traffic ticket, which can be left to States or even cities to decide and enforce, SCOTUS Defendants herein have irresponsibly abdicated from their main duty of upholding our Constitution and keeping an united and consistent coherent rational federal jurisprudence governing all of America, instead of State by State of the Union.**

44. Under the (illegal) control of Defendants Associate Justices herein, current SCOTUS has as such created an extremely dangerous national condition very similar to the one that preceded the American deadly 1861-1865 Civil War, when the South was for slavery while the North against it. Then SCOTUS never declared that President Lincoln was wrong and had acted unconstitutionally when he led the armed forces of the North to defeat those of the South to abolish slavery, because the U.S. Constitution had never written in black and white that black people had the same right to live free and are equal to the white ones. Literally, the forces of justice, fairness, equality, and liberty being led by history-making Abraham Lincoln had courageously acted first with guns and swords, death, and bloodshed, then they wrote the 13th and 14th Amendments and the 1866 Civil Rights Act after. The rest can be correctly said to be the greatest new page of the most heroic democracy in the history of not only America but the entire world from the beginning of time.

45. **In any event, fact is during the Civil War, many citizens of New York and New Jersey did bear arms and go to the South to kill or be killed in Texas or Alabama. None would argue with the military federal recruiters that they only have the duty to defend the States, of which they are citizens, but no other States of the Union. As such, it is ludicrous, incorrect, shameful, and outright illegal unconstitutional and un-American for a federal judge to dictate from the bench to dismiss Appellant's complaint, which Defendants never opposed, by contending and holding that Plaintiff herein, being a citizen of New Jersey, and no matter how patriotic I might be or claim to be, has no legitimate legal or constitutional interest or standing to be worried,**

sleepless, touched, and concerned about Texan misogynist and murderous anti-abortion legislation that may cause the second American Civil War, in which I and/or my son or daughter or grandchildren will have the legal duty to bear arms to go, wherever the U.S. government would decide, to kill or be killed.

46. The foregoing is the most vivid physical historical moral logical philosophical legal and constitutional REALITY of the U.S.A. as one single unit of a brave and free human collective brain, of which each individual American citizen is a vivid living part. Therefore, it is the most shameful for any U.S. federal judge to dare reveal their ignorance by uttering that a NJ citizen has no business or imminent injury to worry about the lives and welfare of millions of CBA women, being targets of powerful misogynist heartless groups of felons, who are discreetly murdering them by making laws depriving them of their human right to healthcare to have access to safely induced miscarriage procedures, be that by appropriate FDA approved drugs, or licensed surgeons at the place and time of their choice.

47. The June 24 2022 SCOTUS *Dobbs* ruling is so divisive for America that Defendants Alito, *et al.,* have set our beloved and dear people on the brink of a second Civil War for the pro-choice, i.e., pro-liberty States to fight the misogynist anti-freedom ones to liberate all American women, instead of the black slaves as during the first by the great heroic President Abraham Lincoln upholding the U.S. Constitution at any cost including more than 600,000 patriotic American lives and his own.

48. **However, as a matter of law, no violence is necessary to overturn *Dobbs*. The American people do not need to take any violent action like desperate loser Defendant Trump herein on January 6, 2021, to try to overturn the result of the November 2020 Presidential Election. [See, SIDENOTE 4]**

49. [SIDENOTE 4:  This one of Defendant Trump's most clearcut unconstitutional, illegal, criminal, and anti-democratic felonies must be dealt with appropriately by the U.S. DOJ. However, this civil action is undisputedly further evidence of Trump's overall criminal misconduct against America.  Appellant herein, who voted for Trump twice, is

**not systematically anti-Trump, but only when he violates the undisputed principles and the true spirit of the U.S. Constitution and statutes.** It was President Trump's right to nominate SCOTUS justices, when occasions arrive, but it was a felony for him to appoint a candidate knowing that they would lie to the U.S. Senate that they would uphold *Roe* to have their nomination secured, then once this done, they would treacherously go back on their promises. That is exactly what TREASON means in this constitutional context, and time for TRAITORS to be investigated, indicted, and held accountable.

**50.** America does not need to remove SCOTUS members defendants herein from the Court by violence, because WE ARE PROUDLY A NATION OF LAW. WE CAN WORK INELLIGENTLY TOGETHER BASED ON LOVE REASON MODERATION WISDOM AND LEGALITY.

**51.** Indeed, this Court has full jurisdiction to do justice in this matter by taking into consideration the U.S. Constitution and all currently applicable federal statutes and pertinent case law in the matter **including both** *Roe* and *Dobbs* and resolve all the issues being raised in the instant action orderly and justly in the best interest of every particular U.S. citizen, as separate independent individuals, and all the American people, as a whole national peaceful harmonious happy living creative unit.

**52. Nothing in Plaintiff's Complaint is "frivolous," "pathetic," "unreasonable," "fanciful," "fantastic," or "delusional," as having been conclusively and incorrectly found by Magistrate Judge Hightower in her honor's O&R&R that is endorsed by Judge Yeakel's Dismissal Order being appealed. [A: 4-10(b)]**

**DEFENDANTS *ALITO ET AL.'S* OPINION HAS BEEN MOST STRONGLY REJECTED AND CONDEMNED TO BE DEADLY REACTIONARY AND <u>MISOGYNIST</u> BY JUSTICES BREYER, SOTOMAYOR AND KAGAN.**

53. In their <u>*Dobbs*</u> joint dissenting opinion dated June 24, 2022, Justices Breyer, Sotomayor and Kagan wrote:

"For half a century, *Roe v. Wade*, 410 U. S. 113 (1973), and *Planned Parenthood of Southeastern Pa. v. Casey*, 505 U. S. 833 (1992), have protected the liberty and equality of women. *Roe* held, and *Casey* reaffirmed, that *the Constitution safeguards a woman's right to decide for herself whether to bear a child. Roe held, and Casey reaffirmed, that in the first stages of pregnancy, the government could not make that choice for women. The government could not control a woman's body or the course of a woman's life: It could not determine what the woman's future would be.* See *Casey*, 505 U. S., at 853; *Gonzales v. Carhart*, 550 U. S. 124, 171–172 (2007) (Ginsburg, J., dissenting). Respecting a woman as an autonomous being, and granting her full equality, meant giving her substantial choice over this most personal and most consequential of all life decisions. *Roe* and *Casey* well understood the difficulty and divisiveness of the abortion issue. The Court knew that Americans hold profoundly different views about the "moral[ity]" of "terminating a pregnancy, even in its earliest stage." *Casey*, 505 U. S., at 850. *And the Court recognized that "the State has legitimate interests from the outset of the pregnancy in protecting" the "life of the fetus that may become a child." Id.,* at 846. *So, the Court struck a balance, as it often does when values and goals compete. It held that the State could prohibit abortions after fetal viability, so long as the ban contained exceptions to safeguard a woman's life or health.* It held that even before viability, the State could regulate the abortion procedure in multiple and meaningful ways. *But until the viability line was crossed, the Court held, a State could not impose a "substantial obstacle" on a woman's "right to elect the procedure" as she (not the government) thought proper, in light of all the circumstances and complexities of her own life.* Ibid.

Today, the Court discards that balance. It says that from the very moment of fertilization, a woman has no rights to speak of. A State can force her to bring a pregnancy to term, even at the steepest personal and familial costs. An abortion restriction, the majority holds, is permissible whenever rational, the lowest level of scrutiny known to the law. And because, as the Court has often stated, protecting fetal life is rational, States will feel free to enact all manner of restrictions. (...) Some States have enacted laws extending to all forms of abortion procedure, including taking medication in one's own home. They have passed laws without any exceptions for when the woman is the victim of rape or incest. (...) So too, after today's ruling, some States may compel women to carry to term a fetus with severe physical anomalies (...), sure to die within a few years of birth. (...) Across a vast array of circumstances, a State will be able to impose its moral choice on a woman and coerce her to give birth to a child.

Enforcement of all these draconian restrictions will also be left largely to the States' devices. A State can of course impose criminal penalties on abortion providers, including lengthy prison sentences. But some States will not stop there. Perhaps, in the wake of today's decision, a state law will criminalize the woman's conduct too, incarcerating or fining her for daring to seek or obtain an abortion. *And as Texas has recently shown, a State can turn neighbor against neighbor, enlisting fellow citizens in*

33

*the effort to root out anyone who tries to get an abortion, or to assist another in doing so." [Emphasis added]*

54. **The SCOTUS Minority has as such entirely shared its identical view with Appellant herein in this matter, amazingly even concerning my claims against Defendants herein for violation of my copyrighted intellectual property, entitled THE CCO NETWORK [See, A: 11-14] using private citizens to detect and prosecute concerted organized crimes.** The only difference is that the Minority Court has failed to be more resolute in its power of CORRECT reasoning based on **ABSOLUTE RELATIVITY** as the supreme principle of the changing universe, showing that the Majority has erred as a matter of logic and rationality based on outdated traditional Aristotelian logic of non-contradiction, **not knowing how to appropriately balance the competing vital interests between the fetus's life and that of the host woman,** who may be either the greatest benefactor in its life to come, as giving it LIFE, by the so-called God 1.0 of the Jewish Torah, and now under color of law but actually unconstitutionally by the heartless and brainless misogynist Defendants herein, or the fetus' worst enemy, depending on her power to choose as given her by the U.S. Constitution under the RIGHTS TO LIFE, LIBERTY, PROPERTY, PRIVACY, AND THE PURSUIT OF HAPPINESS.

55. **Viewing the foregoing, Appellant herein respectfully asks this noble Circuit Court to seize this unique opportunity to not only bring justice and fairness, but also peace, unity, reason, progress, wisdom, civilization and creativity to America,** starting by striking down Appellees' misogynist anti-abortion legislation everywhere under the Court's subject-matter jurisdiction in so far as it undisputedly violates the most basic principles already appropriately laid down by *Roe* and the U.S. Constitution, which protect all American citizens' rights to life, liberty, property, privacy, and the pursuit of happiness, and granting all reasonable relief sought in Plaintiff's Complaint, and/or Motion for Summary Judgment.

# CONCLUSION

## 5.  What action do you want this Court to take in your case?

56.    **All Defendants herein are Defendant Trump's co-conspirators, misogynists, criminals, and murderers. Defendant Trump's misogynism was determined to be true by a preponderance of the evidence, in May 2023, by a jury after a civil trial in the SDNY. Defendants need to be legally removed from SCOTUS to restore the dignity, decorum, and honor of this one of the very few most respected and trusted American institutions left.**

57.    As such, may it please this great Circuit Court <u>not</u> to allow these criminals to soil SCOTUS in CBA women's blood, shame, and humiliation one second further. Our women have been liberated for 49 years. They won't and should not be compelled by Defendants under color of law to go back in time to cages or waterbeds to be raped, sometimes at 10 years of age, without even having the legal option of getting a safely induced miscarriage in privacy while fighting back their rapists in court or recovering from such terrifying and humiliating drastically life-changing ordeals. [A: 22-24]

58.    Fairly, **the THA is much worse than the Jim Crow laws or the 1865-1866 Black Codes, and an egregious violation of the 1866 and 1964 Civil Rights Acts.**

59.    The U.S. Constitution must have the first and final legal words on what to do with any foreign object entering with or without CBA women's permission inadvertently or intentionally in their vaginas or uteruses. CBA women's rights to life, liberty, property, privacy, and pursuit of happiness are undisputedly protected by the U.S. Constitution. These rights <u>cannot</u> to be second-guessed by any brainless and heartless hypocritical demagogue misogynist politician, legislator, or judge, who deserves the death penalty or at least a life in prison for having calculatedly committed such Hitlerian and sadistic heinous mass felonies

against millions of our beloved CBA women with their irrational unconstitutional and illegal State anti-abortion legislation, unscientifically and arbitrarily defining when a blood clot can be deemed life and given "legal personhood" protection.

**60.**     As duly noted by the Minority SCOTUS, *Dobbs* ruling is so divisive for America that Defendants Alito *et al.* have set our people on the brink of a second civil war for the North Blue States to fight the South Red ones to liberate all American women this time, instead of black slaves as during the First by the great President Abraham Lincoln upholding the U.S. Constitution at any cost, including more than 600,000 American lives and his own. Defendants Alito *et al.* are so murderous and heartless and legally uneducated on logical reasoning that it would be much better for the American people just to put them physically and quickly out of action, instead of our nation going into another devastating murderous civil war.

**61. Notwithstanding, no violence should be required to remove these criminal liars and traitors from SCOTUS, because as a matter of law this noble Circuit Court has all the power under the Constitution to refer them to the U.S. DOJ for further investigation, indictment, and prosecution, for such serious actual crimes of sexual harassment, sexual abuses, voluntary homicide or even first-degree murders, while fully respecting their constitutional rights to due process, precious rights that they have heartlessly denied to rape-victim 10-year-old girls by unconstitutional *Dobbs* ruling, and set our nation on the brink of civil war.**

### THE CORRECT WAY FOR THIS COURT TO HELP AMERICA AND OUR ENTIRE PLANET MEET OUR GREATEST CHALLENGE IN THE YEARS AND DECADES TO COME

62. Undisputedly humanity will not be able to elevate itself to the next level of interplanetary civilization in the years and decades to come if we cannot upgrade the way we think, speak and act to implement our correct thoughts and carry out our positive future collective plans of action.

63. It's time however for America and our entire planet to courageously face the ultimate challenge of our cultural, spiritual, scientific, and technological evolution. Externally, we now must daily face such hostile powerful national forces as those of China, Russia, North Korea, and Iran. Internally, we are confronted with violence-provoking issues of discrimination based on race, ethnicity, sex, gender, culture, morality, and religion. All the foregoing challenges can be easily met with our collective understanding of the supreme principle of our changing universe: **Absolute Relativity,** which holds the key to our discovery of truth and justice, which is the essential element leading us to universal peace and harmony that will open our greater collective vision and allow the entire human race to make the new bold steps forward to rise together to the next level of interplanetary civilization, saving our planet from both natural and man-made disasters such as climatstrophe, pandemics, deforestation, floods, wildfires, droughts, hurricanes, global pollutions, hunger, wars, crimes, frauds, rapes, overpopulation, underpopulation, sexual frustration, lack of affordable renewable energy. As such, **understanding and applying Absolute Relativity is the key to our new world of peace, freedom, happiness, and positive creation to come.**

64. Luckily for all humankind, Absolute Relativity, **[See, A: 50, 54 and 56 for its simple and straightforward meaning]** as the ultimate principle of logical reasoning to pursue truth and do justice for every human being of all ages, can be learned, understood, expanded, widely practiced, and upgraded. Truth, justice, peace, collective scientific inner harmony and partnership, and exterior technological progress will be achieved in America and the whole planet Earth when all lawyers, judges, political leaders, and legislators would have proven that they had been taught in law schools or regular colleges this ultimate method of reasoning, and mastered it before they are licensed to practice law and duly sworn in to uphold the principles and high ideals of the U.S. Constitution, the most balanced and wisest political and legal document the world has ever written, believed in and forcefully practiced in good faith with the Principle of Absolute Relativity always present in all minds and total realities.

65. It is of note that the new **WORLD STRUCTURE Constitution [See, A: 56]** that was written by Appellant herein back in 1975 to lead legally and peacefully all humanity to the

next level of interplanetary civilization has been deeply inspired by the U.S. Constitution with Absolute Relativity as the logical foundation and ultimate breakthrough.

66. In substance, our entire planet will be governed by a government of, by, and for all humankind, on a federal, republican, democratic, liberal basis. **[See, A: 56, 45-50, 32-40]**

67. Finally, with due respect, Appellant submits hereinafter the very short Table of Content of my SUPER BOOK entitled SUPERHUMANKIND IN ACTION for the Court to review and recognize that AR is indeed the legal principle and spirit to be learned and practiced worldwide if a wonderful future for all humankind is to be legally developed and secured. **[See, A: 32-40]** It took the undersigned almost 50 years to write it from scratch based on my learning, experience, and creativity after having grown up and was most seriously educated with a purpose, mission, and vision in literally three most brilliant civilizations in the world of all time: Asia, Europe, and America. **[A: 29-31]**

**68. SUPERHUMANKIND IN ACTION THE BOOK** reflects substantively the logic, reasoning, and spirit of the **Principle of Absolute Relativity** as undisputedly described in 20 Simple Statements without Explanation or Demonstration, which can be reviewed at **A: 55 and A: 57.**

69. In simple final words, all Movant herein strongly wishes now, in the highest interest of the American people, as one single legal living entity, more commonly known as a nation of law, is this dutiful Circuit Court does its job under the U.S. Constitution and Congressional statutes, and the American spirit, by which the Court has been established with great honor to recognize directly or implicitly that indeed, unlike the main teaching of the Jewish Torah, Aristotelian Organon, Christians' New Testament that truth is one and unchanged, **TRUTH IS ONE AND MULTIPLE, IMMUTABLE, AND CONSTANTLY CHANGING. Every man-made statement,** including of course the Jewish Torah, Aristotelian Organon, Christians' New Testament, the U.S. Constitution, U.S. Congressional statutes, every court's decision, within or without the U.S. legal system, **is relative, i.e., one and multiple, immutable, and constantly changing.**

70. The ultimate key to open this elusive but wonderful state of TRUTH and REALITY is to locate a system of reference, find the related fragments thereof, connect them, and still understand and accept that the latter is itself temporary and fragmented.

71. As such, currently, for America to resolve the issue of CBA women's rights to control their bodies and health, the following guidance is undisputed and should be seriously followed.

72. By the will of most Americans, since 1789, the U.S. Constitution has reigned supreme on this land of the free and the brave. Being written in 1787, ratified in 1788, and in operation since 1789, the U.S. Constitution is the world's longest surviving written charter of government. No uttered word in America can be deemed higher authority unless the Constitution has been appropriately amended or abolished, like Traitor Defendant Trumps and his supporters tried to violently do on January 6, 2021.

73. As a result, since none of the defendants herein have appeared in this civil action to object, hence admitted, and agreed with Appellant that *Roe* is undisputedly a constitutional ruling, while *Dobbs* is not, this USCA5 has no choice but to declare that the THA, or any comparable anti-abortion State legislation, being unconstitutional and an egregious violation of *Roe,* is annulled and voided for the sake of our free Republic, Liberal Democracy, and happiness of our beloved CAB women.

**WHEREFORE,** may it please the Court to hold dear reason, justice, the U.S. Constitution, and **(i)** grant Appellant herein an order directing that the THA, or any comparable anti-abortion State legislation within the jurisdiction of this Court, is annulled and voided, and **(ii)** grant all other and further appropriate ancillary relief, such as fining Appellees herein Ten Dollars or more for their violation of Appellant's intellectual property, entitled the CCO Network, [See, A: 11-14] or otherwise as the Court may deem just, proper, and reasonable in the premises.

**Dated:  May 18, 2023,**

Dmt MacTruong, Appellant's *pro se*

# CERTIFICATE OF COMPLIANCE

I certify that the total number of words I am submitting as my

## APPELLANT *PRO SE'S* BRIEF

**without** counting the cover or this page is 12,999. Hence it does not exceed 13,000 words allowed.

Thank you, your Honors, for your attention and consideration.

**Dated: May 18, 2023**

Dmt MacTruong, Appellant *pro se*
875 Bergen Avenue,
Jersey City, NJ 07306
(914) 215-2304

*MacTruong et al. v. Abbott et al.*

# USCA5 Docket No. 22-51024

## AFFIRMATION OF SERVICE

I, Dmt MacTruong, affirm under the penalty of perjury as follows:

On May 19, 2023, I served by Hand Delivery and/or by U.S. Certified Priority Mail with Delivery Tracking, and/or by regular mail or emails the true copies of the within documents:

*(1) APPELLANT PRO SE'S APPELLANT'S BRIEF & APPENDIX*
*And supporting document*

**upon the following parties and/or individuals:**

Governor Greg Abbott,
Office of the Governor
P.O. Box 12428
Austin, Florida 78711-2428

Dan Patrick, Lt Governor
State of Florida
Office of the Lt Governor
P.O. Box 12068,
Austin, Florida 78711

Rep. Dade PHELAN
P.O. Box 2910
Austin, TX 78768

Justice Samuel Alito,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice *Amy Coney Barrett,*
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice Brett Cavanaugh,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice *Neil M. Gorsuch,*
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice Clarence Thomas,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Donald J. Trump,
725 5th Ave,
New York, NY 10022

Dated: 19th Day of May, 2023

Dmt MacTruong, Appellant *pro se*
875 Bergen Avenue
Jersey City, NJ 0730
(914) 215-2304
dmtforest@aol.com

1